### ROBERTS v. BENNETT.

(Circuit Court of Appeals, Second Circuit. November 16, 1904.)

#### No. 95.

**BILLS OF EXCEPTIONS—SETTLEMENT—TIME—ILLNESS OF JUDGE.**

It is an "extraordinary circumstance," excusing failure to have a bill of exceptions allowed and signed during the term at which judgment was rendered, though no extension of time was granted, where the trial judge was unable, because of illness, to settle the bill.

[Ed. Note.—For cases in point, see vol. 21, Cent. Dig. Exceptions, Bill of, §§ 49, 72½.]

In Error to the Circuit Court of the United States for the Northern District of New York.

Motion to Dismiss or Affirm Writ of Error.

E. H. Risley, for the motion.

Louis Marshall, opposed.

Before WALLACE and TOWNSEND, Circuit Judges.

PER CURIAM. Although the bill of exceptions was not allowed and signed during the term in which the judgment was rendered, and no extension of time beyond the term had been given by the court or the consent of the parties, we think the delay was excused by the illness of the judge before whom the action was tried, and his consequent inability to settle the bill, and that the "extraordinary circumstances" withdraw the case from the operation of the general rule. Koewing v. Wilder, 126 Fed. 472, 61 C. C. A. 312.

The motion to set aside the bill of exceptions is denied.